So Ordered.

*Patricia C. Williams*
Patricia C. Williams
Bankruptcy Judge

Dated: May 8th, 2013

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>LLS AMERICA, LLC,<br>        Debtor.<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br>        Plaintiff,<br>vs.<br>OLD ORCHARD CAMPGROUND,<br>        Defendant. | US District Case No. 12-CV-445-RMP<br>Bankruptcy No. 09-06194-PCW11<br><br><br>Adv. No. 11-80196-PCW<br><br>REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF NO. 34) |

    The Honorable Patricia C. Williams, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding plaintiff's Motion for Default Judgment (ECF No. 34) filed with the bankruptcy court in this adversary proceeding.

    This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Withdrawing the Reference and Referring to Bankruptcy Court for Further Proceedings entered on July 10, 2012 (ECF No. 2) in district court case No. 12-CV-00445-RMP.

The Recommendation is that plaintiff's Motion for Default Judgment (ECF No. 34) be granted and the attached Default Judgment be entered in this adversary proceeding. The basis for this recommendation is that a Clerk's Order of Default was entered by the District Court on October 12, 2012 (ECF No. 14).

/// END OF REPORT AND RECOMMENDATION ///

REPORT AND RECOMMENDATION RE: . . . - Page 2

Shelley N. Ripley, WSBA No. 28901
Michael D. Currin, WSBA No. 14603
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717
Attorneys to Bruce P. Kriegman, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor. | US District Case No. 12-CV-445-RMP<br><br>Bankruptcy No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>Plaintiff,<br>v.<br><br>OLD ORCHARD CAMPGROUND,<br><br>Defendant. | Adversary No. 11-80196 -PCW 11<br><br>DEFAULT JUDGMENT |

This Court having previously entered an Order of Default against Defendant Old Orchard Campground (Ct. Rec. 14), and having reviewed the previously filed Memorandum of Authorities (Ct. Rec. 12), and the Affidavits of Curtis Frye and Daniel J. Gibbons in Support of Plaintiff's Motion for Default Judgment filed herewith, and being fully advised in the premises,

DEFAULT JUDGMENT- 1

{S0685344; 1 }

WITHERSPOON•KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendant Old Orchard Campground, as follows:

1. Monetary Judgment in the amount of CAD $103,752.33, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $103,752.33 made to the Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. All said transfers to Defendant Old Orchard Campground are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Old Orchard Campground for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

4. All proofs of claim of the Defendant which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Old Orchard Campground or its affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Old Orchard Campground shall not be entitled to collect on its proof of claim (Claim No. 425-1) until the monetary judgment is satisfied by Defendant Old Orchard Campground in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1) and 105(a);

WK WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100  Phone: 509.624.5265
Spokane, Washington 99201-0300  Fax: 509.458.2728

11-80196-PCW   Doc 38   Filed 05/08/13   Entered 05/08/13 10:13:05   Pg 4 of 5

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

6. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $103,752.33, plus $250 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

Entered this ___ day of _____, 2013.

_____
HONORABLE ROSANNA PETERSON

*Presented by:*
WITHERSPOON · KELLEY

 *s/ Daniel J. Gibbons*
Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
Attorneys for Bruce Kriegman, Chapter 11 Trustee

DEFAULT JUDGMENT- 3

{S0685344; 1 }

WK WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728

11-80196-PCW    Doc 38    Filed 05/08/13    Entered 05/08/13 10:13:05    Pg 5 of 5